**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Warren MILLER, Petitioner**

**No. 471 EAL 2016**

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is DENIED.